# Law Offices of Irina Roller, PLLC

40 Wall Street – Suite 2508
New York, New York 10005
Telephone (212) 688-1100
NYCSpecialEducation.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/26/21

MEMO ENDORSED

*handwritten: 1/26/21  30 day  [signature] Colleen McMahon*

January 22, 2021

via ECF

Honorable Colleen McMahon
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY. 10007-1312

RE: M.D. obo I.F. v. N.Y.C. Dept. of Educ.
Civil Action No. 20-cv-0694 (CM) (DCF)

Dear Judge McMahon:

This firm represents plaintiff in the above action. I submit this joint status letter to inform Your Honor that the parties have reached settlement and, further, to request that Your Honor extend the stay until February 12, 2021.

Such extension is necessary to provide the parties time to memorialize the terms of settlement and to submit to Your Honor to be "So Ordered".

Thank you for Your Honor's consideration of our request.

Respectfully,

*Mary Jo Whateley*

Mary Jo Whateley (mw9535)
Of Counsel

cc: Martin Bowe, Esq.
    Assistant Corporation Counsel